IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                  Case No.:17-04020-EAG

COPY AVENUE INC                                                Chapter 7

    Debtor.
_____/

## NOTICE OF INTENT TO SELL PROPERTY
## AT PUBLIC SALE

    NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

    Lot 1: Office Furniture: 2 small metal Desk, neon sign, 18"x 36" Sign.
    Lot 2: Office equipment. A list provided by debtor is attached as **Exhibit "A"**

    Pictures taken by the Trustee are attached as **Exhibit "B".**

The value of the office furniture per Debtor is $250.00, and the value of the office equipment is $5,875.00.

The minimum bid accepted by the Trustee for the office furniture will be $100.00, and for the office equipment will be $2,000.00.

**A public auction date has been scheduled for Thursday, July 27, 2017, at 12:00 Noon, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of property will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. The minimum amount to be considered as a bonafide offer for the office furniture comprised in this sale for will be $100.00, and for the office equipment will be $2,000.00. Increments will be in the 100.00.

3. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY-ONE (21) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

4. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

5. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

7. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

8. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

9. The buyer in the sale will have 5 days to remove the office furniture and office equipment from Debtors premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY-ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY-ONE (21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by Electronic Mail to Debtor's Counsel and the United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 30th day of June, 2017

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
noreen@nwr-law.com

3

**OFFICE EQUIPMENT**

computer equipment and communication systems equipment and software

Laminating machine Spiral

 2 Xerox work center Copy machine model 3545

Epson Stylus Pro 10600 printer

Xerox Phaser model 560

Printer Copy machine Toshiba Studio 35

Blue print Copy machine model 8830

Fax Brother model 2820

Key making machine

key display

7 Copy machine Toners model 3545

2 Desktop computers

2 Drum Cartridges model 3545

Toshiba Copy machine

miscellaneous inventory














```
Label Matrix for local noticing          COPY AVENUE INC                    POPULAR AUTO
0104-2                                   68 N DR RAMON E BETANCES           PO BOX 366818
Case 17-04020-EAG7                       EDIF RADIO CENTRO                  SAN JUAN, PR 00936-6818
District of Puerto Rico                  BUZON 105
Ponce                                    MAYAGUEZ, PR 00680-6639
Fri Jun 30 16:39:32 AST 2017

US Bankruptcy Court District of PR       Departament Of Labor               Department Of Treasury
Jose V Toledo Fed Bldg & US Courthouse   PO Box 191020                      PO Box 9024140 Off. 424.B
300 Recinto Sur Street, Room 109         Collection Unit 12th Floor         Bankruptcy Section
San Juan, PR 00901-1964                  San Juan, PR 00919-1020            San Juan, PR 00902-4140


EDMEE VICENTY RODRIGUEZ                  IRS                                POPULAR AUTO
EDIF. VICK CENTER                        PO Box 7317                        BANKRUPTCY DEPARTMENT
867 AVE. MUNOZ RIVERA STE. C100          Philadelphia, PA 19101-7317        PO BOX 366818
San Juan, PR 00925-2109                                                     SAN JUAN PUERTO RICO 00936-6818


State Insurance Fund                     GLORIA JUSTINIANO IRIZARRY         MONSITA LECAROZ ARRIBAS
PO Box 365028                            JUSTINIANO'S LAW OFFICE            OFFICE OF THE US TRUSTEE (UST)
San Juan, PR 00936-5028                  ENSANCHE MARTINEZ                  OCHOA BUILDING
                                         8 CALLE A RAMIREZ SILVA            500 TANCA STREET  SUITE 301
                                         MAYAGUEZ, PR 00680-4718            SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1314
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)TOPAC DE PUERTO RICO, INC.            End of Label Matrix
                                         Mailable recipients    12
                                         Bypassed recipients     1
                                         Total                  13
```